March 7, 2020

Honorable Brian Morris
United States District Judge
Missouri River Courthouse
Great Falls, Montana. 59404

Your Honor,

   I am writing this letter for the purpose of explaining my role in the case before you.  I prided myself as a professional individual in all of my career tenures of employment as I progressed and achieved each educational rung.  I accept my role and responsibility in this matter and am disappointed and disheartened by the process that I was drawn into.  I say this because of the educational foundation of my post education acquirement of theory, classes, and hands on experience that I prided myself in.  As I stated in my previous hearing, I began my journey to help my people(students) who lived and attended the same schools that I did when I was a matriculating through k-12 grades in the Browning Public Schools, Browning, Montana.

   I desired to make some impact on the people who resided on the Blackfeet Reservation, I began by pursuing a degree in Social Work emphasis in family/addiction work. I attended both Montana State University and University of Montana Social Work sectional classes. I was only a few credits short of completing my BS degree in Social Work in early 1980's. I decided after subbing in in the Browning Public Schools as a Teaching Assistant that I felt I could make a bigger impact and contribution.  I switched my major and basically had to begin all over again in the Educational track courses at U of M, Missoula, MT.

   I earned my BA degree from the University of Montana in 1994 and taught for six (6) years Lang. Arts, at the Browning Middle School. I didn't quit and was invited to join a cadre of educators who were undertaking a new program for earning a Master of Education in Leadership at Montana State University, Bozeman, MT.  Through many summers and weekends away I and several others achieved our goal with graduating from MSU with our Master of Education degree in School Administration in 2000. I was hired as a principal for the Browning Middle School 6th-8th grades, and held this position for six(6) years as one of the administrators who remained the longest.

   I supervised a school staff of 30 teachers, 8 teacher aides, 4 custodians, 1 vice principal, while serving as the prime administrator for the Middle School.  I was fair and executed my job to the highest level that I could each day while I was a teacher and later as the building principal.  I followed process and protocol as I served and interfaced with other district administrators and staff within the District.

   I was aware of the Head Start and the people involvement undertaking during this scheme of which my family member, Denise was a part of.  During this time your Honor, there was a terrible impasse that impacted the tribe and its operation as a whole.  This created a confused state where the Blackfeet Tribal Council was split and had four (4) council members walk out on the Tribal Headquarters led by Council Member Roger Running Crane. In this confusion as the Chairman I was faced with monumental tasks and didn't know who could be trusted and where their loyalty was at.  Some members were saying that the Head Start was it was fine as well as

the Director-Ethyl Grant who assured that the National Head Start Department was advised. This state of confusion lasted for months, I tried to involve US Attorney Mike Cotter, Governor Bullock, Bureau of Indian Affairs Acting Director-Del Lavadure, all to no avail as they were objected to by members of the split council.

I was aware that the time being submitted could not be verified and in my judgement felt that to keep the tribal employees of all programs needed to be paid. In my judgement and confusion, I signed the Head Start's bogus time thinking it was ok. During the process of this era of confusion programs and staff were in disarray, as the Chairman, I alerted fellow Council Member-Cheryl Little Dog about issues of Head Start's program. I did this because as the Tribal Secretary, it was under her authority to supervise and manage all Social Health and Educational Tribal Programs. As the Chair, it was in my power and duty to assume responsibility in the old saying of the, "The Buck Stops With Me." I wished I was able to have seen things more clearly and realized that the funds that were taken and not worked for was wrong and I am deeply sorry for this.

I again am deeply sorry and apologize to the Tribe, Community, and Federal Government, for the harm that was a result of this situation. As I've mentioned I've always prided myself in the professionalism that I tried to exemplify for my Blackfeet Tribal Members and Community. I've undertaken myself to try and stop the many facets of the social ills that plague my reservation, drugs, alcohol, crime, murder, theft and the negative stereotyping. As the Chairman, I've undertaken many actions to bring about positive changes for the betterment of the people and the environment. As the Chairman, I've written and traveled to Washington DC to visit with Federal US Attorney General Eric Holt, I've consulted with US Attorney's Troy Edt, Colorado, Carl Rostad, Montana, Montana Attorney General's, Steve Bullock, and Tim Fox.

I've met with Law Enforcement from the Royal Canadian Mounted Police, Montana's National Guard Task Force Homeland Security on Drug and Illegal crossings. As the Chairman, I've had the honor to meet with US Homeland Security, Janet Napolitano at Babb, Montana about issues with border crossings and other negative efforts. I've cooperated with the Internal Revenue Service's Criminal Division on investigations on the reservation, Connecticut IRS Agent, and FBI Agent's Burrow and Kimball. As the Chairman, I've led and signed into Tribal Law various Tribal Resolutions about safety, and policy changes including the first Tribal Internal Affairs Department to deal with fraud on my reservation, Resolutions #16-2009, #265-2009, #26-2010, #78-2010.

I ask you, your Honor to see that I am not a wicked person and that I only meant for good things and in this chapter erred in judgement. I ask to be forgiven and given a second chance to regain my pride and honor once again. I apologize to all those that had to undertake the facets of this case and work to resolve it, for that I am sorry and ashamed.

Thank you,

Willie A. Sharp.