IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 19-03-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | ORDER ON MOTION TO APPEAR BY TELEPHONE AT SENTENCING HEARING |
| WILLIE ANDREW SHARP, | |
| Defendant. | |

Pursuant to the Unopposed Motion by the United States, and for good cause shown,

IT IS HEREBY ORDERED:

The United States' motion to appear by telephone at the sentencing hearing scheduled for March 30, 2020, at 10:00 a.m. is GRANTED.

DATED this 27th day of March, 2020.

_____
Brian Morris, Chief District Judge
United States District Court