# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>WILLIE ANDREW SHARP,<br><br>                    Defendant. | Case No. CR-19-03-GF-BMM<br><br>**ORDER DELAYING<br>REPORTING DATE** |

    Defendant Willie Andrew Sharp has moved to delay his August 5, 2020, reporting date to Englewood SCP, located in Littleton, Colorado, for 90 days. The motion is made in light of the COVID-19 pandemic, and the rapidly evolving public health situation in federal detention facilities. The record indicates Mr. Sharp is 66 years old, and has underlying medical conditions, including diabetes and high blood pressure. The Government does not oppose the motion.

1

**ACCORDINGLY**, for good cause shown, Mr. Sharp's reporting date shall be <u>November 5, 2020</u>.  If conditions in BOP facilities are not reasonably safe by that time, Mr. Sharp may make a motion to again assess his reporting date.   A copy of this order shall be submitted to the U.S. Marshals Service and to the Bureau of Prisons.

DATED this 3rd day of August, 2020.

*/s/ Brian Morris*

Brian Morris, Chief District Judge
United States District Court